1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | No. 2:04-cv-1733-MCE-JFM |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| CHOICE GAS & MINIMART; NORTH SACRAMENTO LAND CO., INC.; BP WEST COASTNPRODUCTS, LLC and DOES 1 through 10, inclusive, | |
| Defendants. | |
| _____/ | |

   Pursuant to the representations of the attorney for plaintiff, the Court has determined that this case is settled.
   In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before April 10, 2006.
///
///
///
///
///

1  Failure to comply with this order may be grounds for the
2  imposition of sanctions on any and all counsel as well as any
3  party or parties who cause non-compliance with this order.
4  IT IS SO ORDERED.
5  DATED: March 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2