1  Reuben D. Nathan, Esq. (SBN 208436)
   AZIMY & NATHAN, LLP
2  18500 Von Karman Ave., Suite 500
3  Irvine, California 92612
   Phone:  (949) 486-1888
4  Fax:    (949) 486-1889
   Email: r.n@azimynathan.com
5          e.a@azimynathan.com

6  Attorneys of Record for Plaintiff,
   JOSEPH ABDULLAH
7

8

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.:  2:04-cv-1733 MCE JFM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| CHOICE GAS & MINIMART; NORTH SACRAMENTO LAND CO., INC.; BP WEST COAST PRODUCTS, LLC and Does 1 through 10, inclusive. | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

///

///

///

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants 1500 Del Paso Blvd., Inc. and North Sacramento Land Co., Inc., through their attorneys undersigned, stipulate and agree that the above-captioned matter may be dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

DATED: March 31, 2006                **AZIMY & NATHAN, LLP**

By: /s/ Reuben D. Nathan, Esq.
    Reuben D. Nathan, Esq.
    Attorney for Plaintiff,
    Joseph Abdullah

DATED: March 23, 2006                **EMPLOYMENT RIGHTS ATTORNEYS**

By: /s/ Richard D. Schramm, Esq. as authorized on March 23, 2006
    Richard D. Schramm, Esq.
    Attorney for Defendants,
    1500 Del Paso Blvd., Inc. and North Sacramento Land Co., Inc.

# ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated:  April 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE